IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-2460-MSK-OES

PAUL M. PARSONS,

                            Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

                            Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled action, acting by and through their attorneys of record, that the above-entitled action and Complaint shall be dismissed with prejudice, each party to pay her or its own costs, and that the Court may enter an order in accordance with this Stipulation upon application of either party without further notice.

DATED this _____ day of August, 2005.

ROSSI, COX & VUCINOVICH, P.C.

By_____
JAMES L. COX, JR. # 5977
Attorney for Plaintiff
3108 E. Florida Avenue, Suite 905
Denver, CO 80210
(303) 759-3500

UNION PACIFIC RAILROAD

By_____
ALICE MARIE de STIGTER, #12771
Attorney for Defendant
1331 Seventeenth Street, #406
Denver, CO 80202
(303) 964-4575